**Order entered June 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00584-CV

**WAYNE RAND, Appellant**

**V.**

**STEVE MCMASTERS, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-13633**

## ORDER

We **GRANT** the motion of Toni Reagor, Official Court Reporter for the 68th Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed by **July 31, 2014**.

/s/    ADA BROWN
        JUSTICE